# THE SCHER LAW FIRM, LLP

ONE OLD COUNTRY ROAD, SUITE 385
CARLE PLACE, NY 11514

MARTIN H. SCHER*
JONATHAN L. SCHER*

AUSTIN R. GRAFF

TEL: 516-746-5040
FAX: 516-747-9100

W. SCOTT KERSHAW
COUNSEL

ROBERT S. NAYBERG
(1959-2012)

* Also Admitted in District of Columbia

April 15, 2019

**BY ECF**
Hon. Joseph F. Bianco, U.S.D.J.
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Murphy v. HF Holdings, Inc., *et al.*
E.D.N.Y. Docket No. 17-cv-7537

Dear Judge Bianco:

Our law firm represents the Defendant Mineola Medical Lab LLC ("Defendant") in the above-referenced Action.

The parties reached a settlement in this Action in November 2018. The co-Defendants HF Holdings Inc. and Basil Hamdam have complied with the terms of the settlement agreement. However, through a series of unfortunate events, the Defendant did not make payments under the Settlement Agreement. Over the past three months, the parties have appeared before the Hon. Steven I. Locke, U.S.M.J. regarding the settlement and today, April 15, 2019, the Plaintiff and the Defendant executed an agreement that provides for the Plaintiff to be granted a judgment against the Defendant and the individual owner of the Defendant Guarav Patel. Attached to this letter is a copy of the executed agreement.

The Plaintiff and the Defendant jointly request the entrance of a judgment in favor of the Plaintiff and against the Defendant and Dr. Patel.

If the Court has any questions or concerns regarding this request, please do not hesitate to contact the parties. I will be away the week of April 22, 2019 and will be returning April 29, 2019.

Thank you for your courtesies.

Respectfully submitted,

THE SCHER LAW FIRM, LLP

Austin Graff

ARG:ms
cc: Joseph Mauro, Esq. (by ECF)
Arthur Sanders, Esq. (by ECF)

H:\Mineola Medical Lab-- Dr Gaurav Patel\Gary Murphy v. Mineola Medical Lab 17-cv-7537\Communications With the Court\4-15-19 letter to Bianco re judgment.docx

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Gary Murphy on behalf of himself and all
others similarly situated,

                               Docket Number 17-cv-7537 (JFB) (SIL)

                             Plaintiff,

                             -against-

HF Holdings, Inc, Basil Hamdam
and Mineola Medical Laboratory
LLC (a/ka/ Mineola Medical Lab),

                             Defendants.
------------------------------------------------------------X

## AGREEMENT

This Agreement (the "Agreement") is made and entered into as of the ___ day of April 2019 by and between Plainitff GARY MURPHY ("Plaintiff") and MINEOLA MEDICAL LABORATORY LLC ("Mineola Medical") and GUARAV PATEL ("Patel") (Mineola Medical and Patel are collective referred to as "Defendants").

**WHEREAS**, Mineola Medical executed the Settlement Agreement And Release on January 28, 2019 in open Court in this Action; and

**WHEREAS**, Mineola Medical has failed to make the payments due under the Settlement Agreement and Release; and

**WHEREAS**, the Settlement Agreement permitted the Plaintiff to recover attorneys' fees in the event of a default; and

**WHEREAS**, the Defendants acknowledge that the Plaintiff has incurred attorneys' fees as a result of the Defendants' default; and

1

**WHEREAS**, the Court has suggested that the Plaintiff may be entitled to sanctions against the Defendants for failure to appear at Court appearances necessitated by the default; and

**WHEREAS**, the Plainitff has agreed to waive his right to seek attorneys' fees and/or sanctions against the Defendants through the date of this agreement in return for the execution of this Agreement; and

**WHEREAS**, the parties hereto have reached an agreement to that end which will result in a full and complete settlement of this Action;

**NOW, THEREFORE**, in consideration of the mutual promises, covenants and conditions contained herein, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the undersigned parties expressly agree to the following terms and conditions in a full settlement, compromise and satisfaction of the claims which were alleged or could have been alleged against each other relating to the Action;

1. Patel consents the jurisdiction of this Court over him personally.

2. Mineola Medical and Patel, each consent to the entering of a judgment against themselves personally with joint and several liability as against each of them in the amount of EIGHT THOUSAND DOLLARS ($8,000.00) with interest running at the statutory rate beginning on April 15, 2019.

3. Plaintiff shall be entitled to any attorneys fees and costs that are necessary to enforce and/or collect this judgment.

4. The Plaintiff acknowledges that this Agreement is being executed on his behalf by his counsel, Joseph Mauro, Esq., who represents to the Defendants that he has the authority from the Plaintiff to execute this Agreement.

**IN WITNESS WHEREOF**, the parties hereto, individually or through their duly authorized agents, have executed this Agreement as of the date and year first above written, intending to be bound by the terms herein.

MINEOLA MEDICAL LABORATORY LLC          GARY MURPHY

By: _____       By: _____
        Dr. Gaurav Patel                        Joseph Mauro, Esq.
                                                Attorney for Plaintiff

3