UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Gary Murphy on behalf of himself and all
others similarly situated,

                Docket Number 17-cv-7537 (JFB) (SIL)

                Plaintiff,                        **STIPULATION OF**
                                                         **DISCONTINUANCE WITH**
        -against-                                           **PREJUDICE**

HF Holdings, Inc, Basil Hamdam
and Mineola Medical Laboratory
LLC (a/k/a/ Mineola Medical Lab),

                Defendants.
----------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties to the above-entitled action that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), the Plaintiff's Action and any and all cross-claims are dismissed **with prejudice**. Each party shall bear its own costs, fees, and attorneys' fees, except as otherwise agreed to by and between the parties.

Dated:      Carle Place, New York
                May ___ 2019

_/s/ Joseph Mauro_

_____
Joseph Mauro, Esq.
The Law Offices of Joseph Mauro, LLC
Attorneys for Plaintiff
306 McCall Avenue
West Islip, New York 11795

_____
Austin Graff
The Scher Law Firm, LLP
Attorneys for the Defendant Mineola Medical
One Old Country Road, Suite 385
Carle Place, NY 11514

_____
Arthur Sanders, Esq.
Barron &Newburger, P.C.
Attorneys for HF Holdings and Hamdam
30 South Main Street
New City, New York 10956

*FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. MAY 13 2019 LONG ISLAND OFFICE*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Gary Murphy on behalf of himself and all
others similarly situated,                               Docket Number 17-cv-7537 (JFB) (SIL)

                     Plaintiff,                  **STIPULATION OF**
                                                **DISCONTINUANCE WITH**
               -against-                  **PREJUDICE**

HF Holdings, Inc, Basil Hamdam
and Mineola Medical Laboratory
LLC (a/ka/ Mineola Medical Lab),

                   Defendants.
---------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties to the above-entitled action that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), the Plaintiff's Action and any and all cross-claims are dismissed **with prejudice**. Each party shall bear its own costs, fees, and attorneys' fees, except as otherwise agreed to by and between the parties.

Dated:       Carle Place, New York
               May __ 2019

_____      _____
Joseph Mauro, Esq.                    Austin Graff
The Law Offices of Joseph Mauro, LLC    The Scher Law Firm, LLP
Attorneys for Plaintiff                Attorneys for the Defendant Mineola Medical
306 McCall Avenue                    One Old Country Road, Suite 385
West Islip, New York 11795            Carle Place, NY 11514

_____
Arthur Sanders, Esq.
Barron & Newburger, P.C.
Attorneys for HF Holdings and Hamdam
30 South Main Street
New City, New York 10956

*The Clerk of the Court shall close the case.*

**SO ORDERED**

/s/ Joseph F. Bianco
_____
Joseph F. Bianco
USDJ
Date: May 13 2019
Central Islip, N.Y.